[L. A. No. 10778. In Bank.—November 10, 1928.]

THE PEOPLE, Respondent, v. W. P. HODGES et al., Defendants; SEABOARD SURETY CORPORATION OF AMERICA, Appellant.

Arthur T. Stollmack for Appellant.

Everett W. Matoon, County Counsel, and S. V. O. Prichard, Deputy County Counsel, for Respondent.

THE COURT.— This case does not materially differ from *People* v. *Hodges* (L. A. 10777), *ante*, p. 476 [271 Pac. 897], and upon the authority of that case the purported appeal herein must be dismissed.

The appeal is dismissed.